UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**PRAKASH DEV,**

    **Plaintiff,**

v.   Case No. SA-21-CV-00519-JKP

**PACIFIC SPECIALTY INSURANCE COMPANY,**

    **Defendant.**

## SIXTY DAY DISMISSAL ORDER

The Court has been informed that the parties reached a settlement (ECF No. 19). For this reason, the Court dismisses any and all claims by all parties related to this action **WITHOUT PREJUDICE**. Should the parties be unable to execute the settlement within sixty days from the date of this Order, any party may move for an extension of this deadline. If the parties cannot execute a settlement, any party may move to reopen this action within the deadline imposed herein. If the Court grants such a motion, the case will be reopened as though it had never been closed. Unless the Court extends the deadline or a party moves to reopen the case within the appropriate deadline, this action shall be considered **DISMISSED WITH PREJUDICE**. Any pending motions are **DENIED** as moot without prejudice to refiling, as needed. The Clerk of Court is **DIRECTED** to close this case.

    It is so ORDERED this 22nd day of March 2022.

                                        _____
                                        JASON PULLIAM
                                        UNITED STATES DISTRICT JUDGE